UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLY A. PEACEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MITCHELL,<br><br>Defendant. | No. 2:21-cv-01715-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 24) |

Plaintiff Shirly A. Peacemaker is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, for lack of subject matter jurisdiction. (Doc. No. 24.) Specifically, the magistrate judge found Plaintiff's mere reference to the Declaration of Independence, the U.S. Constitution, and various sections of the U.S. Code was insufficient to invoke federal question jurisdiction, and recommended dismissal of this action without prejudice because Plaintiff has repeatedly failed to establish this court has subject matter jurisdiction over this action. (*Id*. at 2.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 2–3.)

1

On December 27, 2024, Plaintiff filed objections to the pending findings and recommendations and a second application to proceed *in forma pauperis*. (Doc. Nos. 26–27.) In her objections, Plaintiff does not meaningfully address the assigned magistrate judge's findings and recommendations. Instead, Plaintiff asks the court to issue a default judgment against Defendant, which is improper. (Doc. No. 27.) Thus, Plaintiff's purported objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 13, 2024 (Doc. No. 24) are adopted in full;

2. This action is dismissed, without prejudice, due to a lack of subject matter jurisdiction;

3. Plaintiff's second application to proceed *in forma pauperis* (Doc. No. 26), is denied as having been rendered moot by this order; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 14, 2025**

Dena Coggins
United States District Judge

2